UTICA MUTUAL INSURANCE COMPANY, as Subrogee of Harris Berenson et al., Appellant, v STYLE MANAGEMENT ASSOCIATES CORP. et al., Respondents, et al., Defendants.

Submitted August 24, 2015; decided September 10, 2015

Motion to expand the record denied.

In the Matter of the Claim of SHERI H. WILNER, Respondent. PRIMARY STAGES COMPANY INC., Appellant; COMMISSIONER OF LABOR, Respondent.

Submitted July 6, 2015; decided September 10, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

SCOTT YOUNG, Appellant, v STATE OF NEW YORK et al., Respondents.

Submitted June 29, 2015; decided September 10, 2015

Motion for leave to appeal dismissed upon the ground that the April 15, 2015 letter sought to be appealed from is not a judgment or an order from which an appeal to the Court of Appeals may be taken (see CPLR 5512 [a]; 5602).

YULIYA ANGELOVA, Respondent, v VLADISLAV RUCHINSKY, Appellant.

Submitted August 10, 2015; decided September 17, 2015

Motion for reargument of motion for leave to appeal denied [see 25 NY3d 911 (2015)].